Name:
Address:
Telephone:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

TERRI GAMBLE / Jonhathan GAMBLE
(Full Name)
PLAINTIFF

vs.

Snowville Town
Blair T. Wordle pros ecor
Kevin Christensen

DEFENDANTS

RECEIVED US Dist Court-UT
JUL 18 '23 AM 11:20

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 1:23-cv-00082
Assigned To : Pead, Dustin B.
Assign. Date : 7/18/2023
Description: Gamble et al v. Snowville et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. ___ 42 U.S.C. §1983
    b. ___ 42 U.S.C. §1985
    c. ✓ Other (Please Specify) _57-21-2.5, section 1_

2. NAME OF PLAINTIFF _TERRI / Jonhathan GAMBLE_
   IS A CITIZEN OF THE STATE OF _Utah_

   PRESENT MAILING ADDRESS: _687 P.Box Snowville_
   _ut. 84336._
   _45 E 100 N Snowville_
   _ut 84336_

3. NAME OF FIRST DEFENDANT _Snowville town council_
   IS A CITIZEN OF _Snowville, ut._
   (City and State)

   IS EMPLOYED AS _Snowville town_ at _Snowville_.
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO___. If your answer is "YES" briefly explain.

   _They have implement in to ordinance and regulation against 57-21-2.5, section 1_ ~~The~~

4. NAME OF SECOND DEFENDANT _Blair T. Wardle_
   (If applicable)

   IS A CITIZEN OF _Brigham city ut_
   (City and State)

   IS EMPLOYED AS _prosecutor lawyer Box Elder/Snowville_ at _prosecutor office_
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO___. If your answer is "YES" briefly explain.

   _Take us to court for ordinance and regulation against 57-21-2.5. section 1_

5. NAME OF THIRD DEFENDANT _Kevin Christensen_
   (If applicable)

   IS A CITIZEN OF _Box Elder ut._
   (City and State)           _Justice court_
   IS EMPLOYED AS _Box Elder County_ at _____.
   (Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

is allow prosecution of code 57-21-2.5 section 1

6. NAME OF FOURTH DEFENDANT _____
(If applicable)

IS A CITIZEN OF _____
(city and State)

IS EMPLOYED AS _____ at _____
(Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

because 57-21-2.5 section 1 they have been ask to stop and are pursueing legal action against us.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: _57-21-2.5. section 1_

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
    _Court papper they pursuing it._

    b. (1) Count II: _____

    (2) Supporting Facts: _____

    c. (1) Count III: _____

(2)  Supporting Facts: _____

_____

_____

_____

_____

_____

_____

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   Loss of property [ of 25,000 as tdday 8-11-23.]
   emotion and mental and hardshipe
   on us.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?
   YES_____ / NO __✓__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.  Parties to previous lawsuit:

       Plaintiff(s): _____

       Defendant(s): _____

   b.  Name of court and case or docket number: _____

c.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d.  Issues raised: _____

_____

_____

e.  When did you file the lawsuit? _____
                                                                Date    Month    Year

f.  When was it (will it be) decided? _____

2.  Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.  I believe that I am entitled to the following relief:

    Free wave because of incom.

    _____

    _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at 455 100 N on 8-11 20 23
          (Location)        (Date)

_____
Signature