# United States District Court

District of Utah

Terri Gamble & Jonathan Gamble

    Plaintiffs,　　　　　　　**JUDGMENT IN A CIVIL CASE**

    v.

Blair T. Wardle, et al.　　　　　　　Case Number: 1:23-cv-82-DBP

    Defendants.

    IT IS ORDERED AND ADJUDGED

that this matter is dismissed.

Dated: September 10, 2025.　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge